# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-03106-01/29-CR-SW-MDH |
| ) | |
| KENNETH R. FRIEND, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress (Doc. 918), the Government's Response to the Defendant's Motion to Suppress (Doc. 986), additional suggestions filed by both Defendant and the government (Docs. 1053 and 1054) and the Report and Recommendation of United States Magistrate Judge (Doc. 1073). The Court has also reviewed the electronic transcript from the August 15, 2017, hearing before the United States Magistrate Judge (Doc. 1037) and the exhibits submitted by the government. (Doc. 987)[1]. The matter is now ripe for review.

After a careful and independent review of the parties' submissions, the Report and Recommendation, and the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 1073) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. 918).

---

[1] Certified copies of the Government's exhibits were offered as evidence during the hearing, and were admitted for the limited purpose of the hearing, without objection.

**IT IS SO ORDERED.**

DATED: January 16, 2018

                                           */s/ Douglas Harpool*
                                           **DOUGLAS HARPOOL**
                                           **UNITED STATES DISTRICT JUDGE**